In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of SARAH J. G. SPENCER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; WILLIAM A. SPENCER et al., as Executors, et al., Respondents.

*Matter of Spencer*, 119 App. Div. 883, appeal dismissed.
(Argued November 25, 1907; decided November 26, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May

24, 1907, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Sarah J. G. Spencer, deceased.

*Thomas Emmet Fitz Gerald* for appellant.

*Perry D. Trafford* for executors, respondents.

*Henry H. Man* for Eleanora L. S. Cenci et al., respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.